**STATE of Missouri, Respondent,**

v.

**Terry L. HAMMONDS, Appellant.**

**No. 50014.**

Missouri Court of Appeals,
Eastern District,
Division Five.

April 8, 1986.

Motion for Rehearing and/or Transfer
Denied May 13, 1986.

Application to Transfer Denied
June 17, 1986.

William J. Shaw, Public Defender, Clayton, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Direct appeal from a jury conviction for two counts of robbery, first degree, in violation of § 569.020, RSMo 1978 and one count of attempted robbery, in violation of § 564.011, RSMo 1978.

Judgment affirmed. Rule 30.25(b).